IN THE SUPREME COURT OF TEXAS

 No. 06-0358

 IN RE DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC. D/B/A DEUTSCHE BANK
 ALEX. BROWN, INC., AND DAVID PARSE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion to stay district court proceedings pending
 mandamus proceedings, filed May 3, 2006, is granted. The proceedings
 in Cause No. 017-212033-05, styled Henry Camferdam, et al. v. Deutsche
 Bank AG, et al., in the 17th Judicial District Court of Tarrant
 County, Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
 Court.

 Done at the City of Austin, this May 31, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk